JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FB PINEBROOK PROP, LLC, et al.,

Plaintiffs,

v.

UC FUNDING, LLC, et al.,

Defendants.

UC FUNDING, LLC, et al.,

Cross-Complainants,

v.

FB PINEBROOK PROP, LLC, et al.,

Cross-Defendants

Case No. 5:26-cv-02131-SPG-SP

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT AND EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT [ECF NO. 24]**

Before the Court is the parties' Joint Stipulation to Remand Action to State Court, Extend the Deadlines to Respond to Second Amended Complaint Pending Remand, and Preserve Defendants' Jurisdictional and Other Defenses. (ECF No. 24 ("Stipulation")). Having considered the Stipulation, the Court GRANTS the Stipulation, and ORDERS as follows:

1. This matter is remanded to the Superior Court of California, County of Riverside, Case No. CVRI2303219;

2. Following remand, each Defendant shall have thirty (30) days after the certified remand order is entered on the state-court register of actions, or such other time as provided by California law or ordered by the state court, to answer or otherwise respond to the Second Amended Complaint by any means permitted under California law; and

3. Pursuant to the Stipulation, the Defendants have not waived any defense, objection, or argument available under federal or California law, nor does this Order adjudicate any issues raised by the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 11, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE